IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY MICHAEL PASSANANTE,
# 34440-044,

Petitioner,

vs.                                                No. 13-cv-305-DRH

GREENVILLE FEDERAL
CORRECTIONAL INSTITUTION,

Respondent.

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

On March 25, 2013, petitioner filed the instant action seeking relief pursuant to 28 U.S.C. § 2241. On April 15, 2013, this Court ordered him to file an amended petition naming the proper respondent. He was to submit the amended petition by May 6, 2013. That date has since passed, and petitioner has not filed an amended pleading. As a result, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Signed this 16th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.16
13:22:01 -05'00'

**Chief Judge**
**United States District Court**